IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

_____
                                    )
BASF CORPORATION,                   )
                                    )
            Plaintiff,             )      Civil Action No. 1:06CV229
                                    )
            v.                     )
                                    )
SYNGENTA CROP PROTECTION, INC.      )
and SYNGENTA PARTICIPATIONS AG,     )
                                    )
            Defendants.            )
_____)

**STIPULATION AND ORDER OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all the parties, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and

      ORDERED by the Court, that this action, including all claims, be and the same hereby is dismissed with prejudice, each party to pay its own costs and attorneys' fees, and that the Court shall retain jurisdiction to enforce the Settlement Agreement between the parties made and effective as of December 4, 2006.

| | |
|---|---|
| /s/ Irving M. Brenner | /s/ W. Andrew Copenhaver |
| Irving M. Brenner | W. Andrew Copenhaver |
| N.C. State Bar No. 15483 | N.C. State Bar No. 944 |
| Helms Mulliss & Wicker, PLLC | Womble Carlyle Sandridge & Rice, PLLC |
| 201 North Tryon Street (28202) | One West Fourth Street |
| Post Office Box 31247 | Winston-Salem, North Carolina 27101 |
| Charlotte, North Carolina 28231 | acopenhaver@wcsr.com |
| irving.brenner@hmw.com | Telephone: (336) 721-3600 |
| Telephone: (704) 343-2000 | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

This, the 5th day of February, 2007.

                                                                                                      _____
                                                                                                          United States District Judge